**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-00856-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Faron Wayne Allen, | |
| Defendant. | |

Pending before the Court is the Defendant's *pro se* filing, "request to Resolve Probation Violation Warrant." which the Court construes as a Motion to have his "probation violation to be run concurrent with [his] current sentence."  (Doc. 31).  The Government has filed a Response in opposition. (Doc. 32).  The Court will deny the Defendant's Motion.

Upon careful review, the Defendant's Motion is similar to the Motion that he filed seeking the same relief.  *See* (Doc. 28).  In the prior Motion, the Defendant states "I was asking for my probation violation to be run concurrent with my current sentence" (*Id*. at 1).  Here, he states that he "is willing to appear in Court to resolve the probation violation warrant" because the effect of it results in him being "prohibited from housing in a lower custody level where he would otherwise be allowed to take advantage of programs furthering rehabilitation." (*Id*.).

The Government asserts that the federal government is not duty bound to writ the Defendant out of state custody and bring him into federal court for his revocation hearing.

(Doc. 32 at 3).  Indeed, the district court may postpone the adjudication of a federal matter until after a defendant is released from state custody.  *See United States v. Garrett*, 253 F.3d 443 (9th Cir. 2001). Furthermore, the execution of a writ would likely not have the desired outcome that the Defendant seeks.  For example, as the Government points out, after an admit/deny hearing and final disposition hearing, he would be returned to state custody to complete his state sentence.  Finally, there is no assurance that once the Defendant appears for his supervise release proceeding that his final disposition will be ordered to run consecutively or concurrently with his state sentence.  Accordingly, for the reasons stated herein,

**IT IS ORDERED** denying the Defendant's Motion (Doc. 31).

Dated this 13th day of April, 2023.

Honorable Diane J. Humetewa
United States District Judge